AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Montana

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. NJ. 19.36.BLG.TJC |
| | ) | |
| Residence of Christopher Lee MINOR | ) | |
| 1835 Highway 87 East, Trailer # 37, Billings, MT.  59101 | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporatated by reference;

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___5-8-19___
*(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____ Timothy J. Cavan _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  _5-1-19  4:41_

City and state:    Billings, MT                                    *Judge's signature*

                                                   U.S. Magistrate Timothy J. Cavan
                                                   *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ-19-36-J2G-TJC | Date and time warrant executed:<br>05/02/2019 1:50 pm | Copy of warrant and inventory left with:<br>Inside residence |

| Inventory made in the presence of :<br>SA Kambak, TFO Feuerstein |
|---|

Inventory of the property taken and name of any person(s) seized:

1. Tennessee Arms Co., model TNARMS 15, multi-caliber, semi-automatic rifle (S/N: 1601314045), with TruGlo optic and one (1) magazine containing thirty (30) rounds of .223 caliber ammunition.  Found in master bedroom.
2. F.LLI Pietta (Made in Italy, .357 Magnum caliber, revolver (S/N: E24377) with one (1) holster.  Found in master bedroom.
3. Plastic jar containing numerous rounds of .357 caliber ammunition.  Found in master bedroom.
4. iPhone (Chris Minor), model 6s, S/N: FK1XN8WEHFLQ, with phone charger.  Found on couch in living room.
5. iPhone (April Minor), model 6s, S/N: FK1XNBKSHFLQ).  Found on ottoman in living room.
6. Six (6) Samsung cell phones (TracFone), model SM-S327VL(GP), with various IMEI numbers.
7. Various drug paraphernalia items found in master bedroom.

| **Certification** |
|---|

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: May 2, 2019

_____
Executing officer's signature

Stephen V. Feuerstein   ATF-TFO
_____
Printed name and title

## ATTACHMENT A

1385 Highway 87 East, Trailer # 37, Billings, MT.  The residence is a ,
single story mobile trailer home situated on the north side of Highway
87 east just to the east of the I-90 overpass.  1385 HWY 87 East # 37 is
situated bewteen I-90 and Highway 87 east, with the multiple lot trailer
park entrance situated north off of HWY 87 east.  Trailer # 37 is
located on the end of the west row of trailers, situated at the south east
side of the row.  Trailer # 37 is clearly marked with black over white
numbers situated on the south west corner of the trailer on the brown
trim.  The front door faces north west.  The trailer is constructed of
wood and metal with metal siding of white or tan with brown trim.
The roof is constructed of a flat style, white in color consistent with a
that of an older trailer/mobile home.









4

# ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

### FIREARMS

Any firearms to include rifles, shotguns, pistols, revolvers, and any weapons made from the aforementioned firearms, which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; any firearm muffler or silencer; any destructive device (to include any explosive, incendiary or poison gas; any type of firearm which has any barrel with a bore of more than one-half inch in diameter; and any combination of parts either designed or intended for use in converting any device into any destructive device).

Other items pertaining to the possession of firearms, including gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

### NARCOTICS

Any narcotics/controlled substance, including Marijuana, Methamphetamine, Cocaine, Heroin or opiate as defined in 21 USC Section 802.

Any drug paraphernalia, including materials of packaging, manufacturing, cultivating, consuming, storing, concealing, cutting, weighing, possessing, and/or distributing controlled substances.

Items indicating drug distribution, including packaging material, plastic wrap, one gallon or other sized Ziploc bags, cutting agents, scales, duct tape, vacuum sealers and vacuum seal bags, and plastic bags.

Records of drug transactions including lists of customers and suppliers, lists of expenses and payments, lists of dangerous drug prices.

1

Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing, trafficking, possession and/or distribution of controlled substances.


## RECORDS/DOCUMENTS

The following records or documents whether contained on paper in handwritten, typed, photocopied or printed form.

**Description of Particular Records/Documents:**

1.   **Indicia of Control of the Premises**

     Records that establish the persons who have control, possession, custody or dominion over the property searched and from which evidence is seized, such as:   personal mail, checkbooks, personal identification, notes, other correspondence, rent receipts, payment receipts, financial documents, and/or leases.